UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>THE SEA GATE ASSOCIATION, JEFFERY FORTUNATO and THOMAS CARCHIDI,<br><br>Defendants. | ECF/CM Case<br><br>Case No. 12-CV-4949- JBW-CLP<br><br>AFFIDAVIT OF PROCESS SERVER CURTIS BROWN IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT ON DEFENDANTS |

I, CURTIS BROWN, pursuant to 28 U.S.C. §1746, declares the following under the penalty of perjury:

1. I am a Process Server with License No. 1388991 issued by the New York City Department of Consumer Affairs, and I was employed by the Law Office of Locksley O. Wade, LLC, attorney for the plaintiff, to serve a Summons and Complaint on the defendants in this action.

2. On the 15th October 2012, the complaint in this action was served on the Sea Gate Association through Tami Maldonado, an employee Sea Gate Association who stated that she was authorized to accept service of process for the defendant, Sea Gate Association. Next, Ms. Maldonado directed me to the Sea Gate Police Department for service of process on Defendants Jeffery Fortunato and Thomas Carchidi, employees of the Sea Gate Police Department.

3. On the 18$^u$ of October 2012, after several trips to the Sea Gate Police Department and further inquiry from Ms. Maldonado, server of process was accomplished on Defendants Jeffery Fortunato and Thomas Carchidi through Sargent Thomas, a supervisor of the defendants.

Sergeant Thomas appears to be a person of suitable age and a person authorized to accept service of process for police officer-employees.

Dated: New York, New York
January 11, 2013

*Curtis Brown*
CURTIS BROWN, Process Server