Law Office of
**Locksley O. Wade, LLC**

Telephone: (212) 933-9180  
Facsimile:  (212) 933-9181  
E-mail: wade@wadefirm.com  
http:// wadefirm.com  

Locksley O. Wade, Esq.  
11 Broadway  
Suite 615  
New York, NY 10004  

December 12, 2014

Hon. Joan M. Azrack  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, Room 605N  
Brooklyn, New York 11201  

        Re: Simmons v. Sea Gate Association  
        Case No. 12-CV-04949 (WFK) (JMA)

Dear Judge Azrack:

    My office represents the plaintiff in this action and this letter is sent your Chambers pursuant to Judge Kuntz's individual rules on dispositive motions. Plaintiff respectfully serves notice to the Court that yesterday, December 11, 2014, the following documents were served counsels of the defendant *via* U.S. Mail Priority Service and email in response to Defendants' Motion for Summary Judgment: (1) Memorandum of Law in Opposition to Summary Judgment; (2) Plaintiff's Response and Objection to Defendant's Rule 56.1 Statement; and (3) Declaration of Attorney in Support of Opposition to Summary Judgment (with exhibit).

                                                                                      Sincerely,

                                                                                     Locksley O. Wade, Esq.

c.c.    Jael Dumornay, Esq.  
        Jonathan Bardavid, Esq.  
        Trivella & Forte, LLP  
        1311 Mamaroneck Avenue, Suite 170  
        White Plains, New York 10605  
        *Attorney for the defendants*