UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHRISTOPHER SIMMONS,                                     JUDGMENT
                                                        12-CV- 4949 (AMD)
                        Plaintiff,

        -against-


THE SEA GATE ASSOCIATION, JEFFREY
FORTUNATO and THOMAS CARCHIDI,


                        Defendants.
-------------------------------------------------------X

        Defendants The Sea Gate Association, Jeffrey Fortunato, and Thomas Carchidi, having

offered Plaintiff Christopher Simmons to take a judgment against them in the amount of $30,000.00 for

all of Plaintiff's claims for relief sought in this action, inclusive of all costs and attorney's fees

available under all federal, state or local statutes accrued to date and Plaintiff Christopher Simmons

having accepted said offer; it is

        ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of

the Federal Rules of Civil Procedure in favor of Plaintiff Christopher Simmons and against Defendants

The Sea Gate Association, Jeffrey Fortunato, and Thomas Carchidi, in the amount of $30,000.00,

inclusive of all costs and attorney's fees available under all federal, state, or local statues accrued to

date; and that it is further,

        ORDERED and ADJUDGED that Plaintiff's costs and attorneys' fees as incurred

against Defendants are included within this $30,000.00 offer of judgment.

Dated: Brooklyn, New York                           Douglas C. Palmer
       February 08, 2016                            Clerk of Court


                                            by:     /s/ Janet Hamilton
                                                    Deputy Clerk