UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SIMMONS, | *ECF/CM Case* |
| Plaintiff, | |
| v. | Case No.  12-CV-4949 (AMD)(RML) |
| THE SEA GATE ASSOCIATION, JEFFERY FORTUNATO and THOMAS CARCHIDI, | **SATISFACTION OF JUDGMENT** |
| Defendants. | |

Judgment was rendered in favor of the above-named plaintiff and against the above named defendants in this action, on the 8th day of February 2016, in the sum of $30,000 inclusive of all attorney's fee and costs as recorded in Docket Entry No. 61.  Therefore, the plaintiff hereby acknowledges payment of said judgment and all associated attorney's fee and costs in full and desires to release this judgment and hereby fully and completely certify that there are no outstanding executions with any Sheriff or Marshall, is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

February 17, 2016
New York, NY

Respectfully submitted,

LAW OFFICE OF
LOCKSLEY O. WADE, LLC
11 Broadway, Suite 615
New York, NY 10004
(212) 933-9180
(212) 933-9181 - Fax
*wade@wadefirm.com*

By: /s/ *Locksley O. Wade*
Locksley O. Wade, Esq.
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above referenced Satisfaction of Judgment was furnished to the Clerk of Court for electronic transmission to counsels for the defendants:

> Jael Dumornay, Esq
> Jonathan M. Bardavid, Esq.
> TRIVELLA & FORTE, LLP
> 1311 Mamaroneck Avenue, Suite 170
> White Plains, New York 10605
> *jonathan@tfsllp.com*
> *jael@tfsllp.com*

on this the 17th day of February 2016.

                                              /s/ *Locksley O. Wade*
                                              Locksley O. Wade, Esq.
                                              *Attorney for Plaintiff*